JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY C. VILLANUEVA, | Case No. ED CV 13-0980 FMO (DTBx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| US BANK NA, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 5th day of August, 2013.

/s/
Fernando M. Olguin
United States District Judge