JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY C. VILLANUEVA,        ) | Case No. ED CV 13-0980 FMO (DTBx) |
| Plaintiff,        ) | |
| v.        ) | **JUDGMENT** |
| US BANK NA, <u>et</u> <u>al.</u>,        ) | |
| Defendants.        ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.


Dated this 5th day of August, 2013.


                                        /s/
                                    Fernando M. Olguin
                                    United States District Judge